Aug 04 05 03:27p    Law Ofcs of John L Burris    15108395221              p.2
08-04-'05 13:32 FROM-Hywrd City Attorney                    T-455 P002 F-077

```
 1  MICHAEL J. O'TOOLE (SBN 97779)
    City Attorney
 2  RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
 3  CITY OF HAYWARD
    777 B Street, 4th Floor
 4  Hayward, California 94541

 5  Attorney for Defendant City of Hayward, Craig
    Calhoun, R.Farro, A.Nguyen, E. Mulhern,
 6  C. Martinez, E. Hutchinson, J.Waybright,
    R. Sappington, D.Olsen, erroneously
 7  sued herein as D. Olson, J. Bryan, and R.Keener

 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
    ANNIE LEWIS, individually, and as           Case No:. C 03 05360 (CW)
11  Administrator of the Estate of GREGORY
    LEWIS, and as Guardian Ad Litem of          STIPULATION TO TAKE PLAINTIFFS'
12  DEMARIO LEWIS; DEANDRE LEWIS and            DEPOSITIONS AND (PROPOSED)
    DELORENZO LEWIS, by and through their       ORDER
13  Guardian Ad Litem, CHRISTINE BENJAMIN

14               Plaintiffs,

15      -vs-

16  CITY OF HAYWARD, a municipal corporation;
    CRAIG CALHOUN, in his capacity as Chief of
17  Police for the CITY OF HAYWARD; R.
    FARRO, individually and in his capacity as an
18  officer of the HAYWARD POLICE
    DEPARTMENT; A. NGUYEN, individually and
19  in his capacity as an officer of the HAYWARD
    POLICE DEPARTMENT; E. MULHERN,
20  individually and in his capacity as an officer of
    the HAYWARD POLICE DEPARTMENT; C.
21  MARTINEZ, individually and in his capacity as
    an officer of the HAYWARD POLICE
22  DEPARTMENT; E. HUTCHINSON,
    individually and in his capacity as an officer of
23  the HAYWARD POLICE DEPARTMENT; J.
    WAYBRIGHT, individually and in his capacity
24  as an officer of the HAYWARD POLICE
    DEPARTMENT; R. SAPPINGTON,
25  individually and in his capacity as an officer of
    the HAYWARD POLICE DEPARTMENT;
26  D.OLSON, individually and in his capacity as an
    (Caption continues on next page)
27
```

| | |
|---|---|
| 1 | officer of the HAYWARD POLICE DEPARTMENT; J. BRYAN, individually and in |
| 2 | his capacity as an officer of the HAYWARD POLICE DEPARTMENT; R. KEENER, |
| 3 | individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT, |
| 4 | and DOES 1-100, inclusive, |
| 5 | Defendants. |

## STIPULATION

On July 26, 2005, Defendants personally served their Notice of Taking the Deposition of Plaintiffs, advising them that on August 5, 2005 at the Hayward City Attorney's Office located at 777 B Street, Fourth Floor, Hayward, California, Defendants shall take the depositions of Annie Lewis at 9 a.m., Christine Benjamin at 11 a.m., Demario Lewis at 2 p.m., Delorenzo Lewis at 3 p.m., and Deandre Lewis at 4 p.m.

On August 1, 2005, Plaintiffs' counsel advised Defendants' counsel that he had a criminal proceeding in another case scheduled for the morning of August 5th. Accordingly, Defendants delayed the commencement of Plaintiffs' depositions to the afternoon of August 5th, beginning at 1 p.m.

On the afternoon of August 3, 2005, Plaintiffs' counsel advised Defendants' counsel in writing that Christine Benjamin and her children, Deandre Lewis and Delorenzo Lewis, would be unable to appear at their depositions due to childcare coverage issues relating to Ms. Benjamin's third child who suffers from a severe mental handicap.

In an effort mitigate any inconvenience to Ms. Benjamin, and at Plaintiffs' request, Defendants request leave of Court[1] to proceed with the depositions of Christine Benjamin,

///

///

---

[1] Factual discovery closes on August 8, 2005.

Lewis, et al. v. City of Hayward, et al.
Case No. C-03 05360 (CW)          2          Stipulation to Take Plaintiffs' Depositions and (Proposed) Order

```
Aug 04 05 03:28p    Law Ofcs of John L Burris   15108395221              p.4
   UX-04-'05 13:34  FROM-Hyurd City Attorney              T-455 P004   F-077
```

1  Deandre Lewis, and Delorenzo Lewis, on August 22, 2005, beginning at 10 a.m at the Hayward
2  City Attorney's Office. The depositions of Annie Lewis and Demario Lewis shall proceed as
3  scheduled on August 5, 2005, commencing at 1 p.m.

LAW OFFICES OF JOHN L. BURRIS

Dated: August 4, 2005        By: /s/ Ben Nisenbaum

JOHN L. BURRIS
BEN NISENBAUM
Attorney for Plaintiffs

OFFICES OF THE HAYWARD CITY ATTORNEY

Dated: August 4, 2005        By: /s/ Randolph S. Hom

RANDOLPH S. HOM
Attorney for Defendants

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/10/05

THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

**IT IS SO ORDERED**
/s/ Claudia Wilken
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lewis, et al. v. City of Hayward, et al.
Case No. C 03 05360 (CW)                    3         Stipulation to Take Plaintiffs' Depositions
                                                      and (Proposed) Order