```
 1  MICHAEL J. O'TOOLE (SBN 97779)
    City Attorney
 2  RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
 3  CITY OF HAYWARD
    777 B Street, 4th Floor
 4  Hayward, California 94541

 5  Attorney for Defendant City of Hayward, Craig
    Calhoun, R.Farro, A.Nguyen, E. Mulhern,
 6  C. Martinez, E. Hutchinson, J.Waybright,
    R. Sappington, D.Olsen, erroneously
 7  sued herein as D. Olson, J. Bryan, and R.Keener

 8                      UNITED STATES DISTRICT COURT

 9                     NORTHERN DISTRICT OF CALIFORNIA

10
    ANNIE LEWIS, individually, and as           Case No:. C 03 05360 (CW)
11  Administrator of the Estate of GREGORY
    LEWIS, and as Guardian Ad Litem of          STIPULATION FOR REVISED CASE
12  DEMARIO LEWIS; DEANDRE LEWIS and            MANAGEMENT SCHEDULE AND
    DELORENZO LEWIS, by and through their       (PROPOSED) ORDER
13  Guardian Ad Litem, CHRISTINE BENJAMIN

14                      Plaintiffs,

15      -vs-

16  CITY OF HAYWARD, a municipal corporation;
    CRAIG CALHOUN, in his capacity as Chief of
17  Police for the CITY OF HAYWARD; R.
    FARRO, individually and in his capacity as an
18  officer of the HAYWARD POLICE
    DEPARTMENT; A. NGUYEN, individually and
19  in his capacity as an officer of the HAYWARD
    POLICE DEPARTMENT; E. MULHERN,
20  individually and in his capacity as an officer of
    the HAYWARD POLICE DEPARTMENT; C.
21  MARTINEZ, individually and in his capacity as
    an officer of the HAYWARD POLICE
22  DEPARTMENT; E. HUTCHINSON,
    individually and in his capacity as an officer of
23  the HAYWARD POLICE DEPARTMENT; J.
    WAYBRIGHT, individually and in his capacity
24  as an officer of the HAYWARD POLICE
    DEPARTMENT; R. SAPPINGTON,
25  individually and in his capacity as an officer of
    the HAYWARD POLICE DEPARTMENT;
26  D.OLSON, individually and in his capacity as an
    (Caption continues on next page)
27
```

1 | officer of the HAYWARD POLICE DEPARTMENT; J. BRYAN, individually and in
2 | his capacity as an officer of the HAYWARD POLICE DEPARTMENT; R. KEENER,
3 | individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT,
4 | and DOES 1-100, inclusive,
5 |                                    Defendants.
                                                  /

## STIPULATION

As per prior Court Order on August 12, 2005, Plaintiffs served Defendants with their Rule 26, Federal Rules of Civil Procedure ("FRCP") Expert Disclosure, identifying John Cooper, MD, S.Franklin Sher, MD, Roger Clark, and Robert Johnson as their experts. As per prior Court Order on August 19, 2005, Defendants served Plaintiffs with their Rule 26, FRCP Expert Disclosure, identifying Charles Wetli, MD, Tom Neuman, MD, Nikolas Lemos, PhD, Neil Benowitz, MD, Peter Cassini, MD, Joe Callanan, and Paul Violich as their experts. As per prior Court Order expert discovery is scheduled to close on September 2, 2005. Given the number of expert depositions involved and the logistics of scheduling the appearances, the parties cannot complete expert discovery by this deadline.

In the interests of fairness and judicial economy, all parties hereby stipulate and agree by and through their respective counsel as follows:

1. That the case management schedule for the action be modified as follows:

    A. Completion of Expert Discovery:                    October 7, 2005

    B. All case-dispositive motions to be heard at
       10:00 a.m. on or before:                           December 2, 2005

All other dates, if any, referenced in the Minute Order and Case Management Order dated April 15, 2004 shall remain the same.

```
 1                                      LAW OFFICES OF JOHN L. BURRIS
 2
 3
 4
 5   Dated: August 2̲7̲, 2005            By: /s/ _____
 6                                          JOHN L. BURRIS
                                            BEN NISENBAUM
 7                                          Attorney for Plaintiffs
 8
                                        OFFICES OF THE HAYWARD CITY ATTORNEY
 9
10   Dated: August ___, 2005           By: _____
                                            RANDOLPH S. HOM
11                                          Attorney for Defendants
12
                                              ORDER
13
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
15   Dated: 8/30/05                         /s/ CLAUDIA WILKEN
16                                          THE HONORABLE CLAUDIA WILKEN
                                            United States District Court Judge
17
```