```
 1  MICHAEL J. O'TOOLE (SBN 97779)
    City Attorney
 2  RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
 3  CITY OF HAYWARD
    777 B Street, 4th Floor
 4  Hayward, California 94541

 5  Attorney for Defendant City of Hayward, Craig
    Calhoun, R.Farro, A.Nguyen, E. Mulhern,
 6  C. Martinez, E. Hutchinson, J.Waybright,
    R. Sappington, D.Olsen, erroneously
 7  sued herein as D. Olson, J. Bryan, and R.Keener
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE LEWIS, individually, and as Administrator of the Estate of GREGORY LEWIS, and as Guardian Ad Litem of DEMARIO LEWIS; DEANDRE LEWIS and DELORENZO LEWIS, by and through their Guardian Ad Litem, CHRISTINE BENJAMIN | Case No:. C 03 05360 (CW) STIPULATION FOR REVISED CASE MANAGEMENT SCHEDULE AND ~~(PROPOSED)~~ ORDER |
| Plaintiffs, | |
| -vs- | |
| CITY OF HAYWARD, a municipal corporation; CRAIG CALHOUN, in his capacity as Chief of Police for the CITY OF HAYWARD; R. FARRO, individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT; A. NGUYEN, individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT; E. MULHERN, individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT; C. MARTINEZ, individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT; E. HUTCHINSON, individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT; J. WAYBRIGHT, individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT; R. SAPPINGTON, individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT; D.OLSON, individually and in his capacity as an (Caption continues on next page) | |

1  officer of the HAYWARD POLICE
2  DEPARTMENT; J. BRYAN, individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT; R. KEENER,
3  individually and in his capacity as an officer of the HAYWARD POLICE DEPARTMENT,
4  and DOES 1-100, inclusive,
5                                  Defendants.
6  _____/
7
8
9                              **STIPULATION**
10      As per prior Court Order on August 12, 2005, Plaintiffs served Defendants with their
11  Rule 26, Federal Rules of Civil Procedure ("FRCP") Expert Disclosure, identifying John Cooper,
12  MD, S.Franklin Sher, MD, Roger Clark, and Robert Johnson as their experts. As per prior Court
13  Order on August 19, 2005, Defendants served Plaintiffs with their Rule 26, FRCP Expert
14  Disclosure, identifying Charles Wetli, MD, Tom Neuman, MD, Nikolas Lemos, PhD, Neil
15  Benowitz, MD, Peter Cassini, MD, Joe Callanan, and Paul Violich as their experts. As per prior
16  Court Order expert discovery is scheduled to close on October 7, 2005. Given the logistics of
17  scheduling the appearance of Charles Wetli, M.D., plaintiffs cannot complete said deposition by
18  this deadline.
19      In the interests of fairness and judicial economy, all parties hereby stipulate and agree by
20  and through their respective counsel as follows:
21      1. That the case management schedule for the action be modified as follows:
22          A. Completion of Expert Deposition of Charles Wetli, M.D.: October 31, 2005
23          B. All case-dispositive motions and Final Case
24             Management Conference to be heard at
25             10:00 a.m. on:                                    January 6, 2006
26  All other dates, if any, referenced in the Minute Order and Case Management Order dated April
27  15, 2004 shall remain the same.

Case 4:03-cv-05360-CW   Document 56   Filed 09/30/05   Page 3 of 3

Sep 23 05 05:59p     Law Ofcs of John L Burris   15108395221           p.3
09-23-'05 14:26  FROM-Hywrd City Attorney                    T-612 P004/004 F-360

LAW OFFICES OF JOHN L. BURRIS

Dated: September 23 2005    By: _____
JOHN L. BURRIS
BEN NISENBAUM
Attorney for Plaintiffs

OFFICES OF THE HAYWARD CITY ATTORNEY

Dated: September __, 2005    By: _____
RANDOLPH S. HOM
Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/30/05    _____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA