1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:    (510) 839-5200
   Facsimile:    (510) 839-3882
5
6  Attorneys for Plaintiffs

7
                        UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   ANNIE LEWIS, individually, and as Administrator of the    Case No.  C 03 05360 (CW)
11 Estate of GREGORY LEWIS, and as the Guardian Ad
   Litem of DEMARIO LEWIS; DEANDRE LEWIS and                 **NOTICE OF SETTLEMENT**
12 DELORENZO LEWIS, by and through their Guardian ad
   Litem, CHRISTINE BENJAMIN,
13
             Plaintiffs,
14
        vs.
15
   CITY OF HAYWARD, a municipal corporation; CRAIG
16 CALHOUN, in his capacity as Chief of Police for the
   CITY OF HAYWARD;  R. FARRO, individually and in
17 his capacity as an officer for the CITY OF HAYWARD;
   A. NGUYEN, individually and in his capacity as an officer
18 for the CITY OF HAYWARD; E. MULHERN,
   individually and in his capacity as an officer for the CITY
19 OF HAYWARD;  C. MARTINEZ, individually and in his
   capacity as an officer for the CITY OF HAYWARD; E.
20 HUTCHINSON, individually and in his capacity as an
   officer for the CITY OF HAYWARD; J. WAYBRIGHT,
21 individually and in his capacity as an officer for the CITY
   OF HAYWARD; R. SAPPINGTON, individually and in
22 his capacity as an officer for the CITY OF HAYWARD;
   D. OLSON, individually and in his capacity as an officer
23 for the CITY OF HAYWARD; J. BRYAN, individually
   and in his capacity as an officer for the CITY OF
24 HAYWARD; R. KEENER, individually and in his
   capacity as an officer for the CITY OF HAYWARD; and
25 DOES 1-100, inclusive,

26           Defendants.
                                                          /
27

28

TO THE COURT AND PARTIES in the above-entitled action:

The parties in the above-entitled action have entered into a settlement of all causes of action. The settlement remains contingent upon approval of the Hayward City Council. The parties therefore request that future court dates in this action be vacated from the Court's calendar, and that the matter be continued for sixty (60) days for dismissal. Plaintiffs will file a petition for minors' compromise in the intervening time.

Plaintiffs shall dismiss this action with prejudice upon performance of the settlement agreement, which is expected to occur within sixty (60) days.

Respectfully submitted,

Dated: March 23, 2006                               /S/
                                        Ben Nisenbaum
                                        Attorneys for Plaintiffs
                                        Annie Lewis, et al.