Apr 19 06 02:01p    LAW OFCS JOHN L. BURRIS         510 839-3882            p.2
    04-19-'06 12:51 FROM-City Attorney Office  5105833660    T-139  P002   F-340

April 19, 2006

**VIA ELECTRONIC FILING & HAND DELIVERY**
The Honorable Claudia Wilken
United States District Court, Northern District of California
Courtroom 2
1301 Clay Street #400
Oakland, CA 94612-5212

Re:  Lewis, et al. v. City of Hayward, et al.
     United States District Court Case No. C 03 05360 (CW)

Dear Judge Wilken:

This shall serve to advise you that under separate cover the parties electronically file the requisite Stipulation requesting that the Court dismiss the entire action with prejudice. Plaintiffs shall file a Petition for Minors Compromise to structure the settlement and anticipate that it will be electronically filed prior to the scheduled status conference. Accordingly, the parties respectfully request that the Court take off-calendar the status conference scheduled for April 28, 2006.

Very truly yours,

/S/
_____
Randolph S. Hom
Assistant City Attorney, City of Hayward
Attorneys for Defendants

_____
Ben Nisenbaum
Law Offices of John L. Burris
Attorneys for Plaintiffs

IT IS SO ORDERED., ON CONDITION THAT THE PETITION BE FILED ON APRIL 27, 2006.

_____     Dated: 4/25/06
UNITED STATES DISTRICT COURT JUDGE

cc: John Simonson, Esq.