MICHAEL J. O'TOOLE (SBN 97779)
City Attorney
RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
CITY OF HAYWARD
777 "B" Street, 4th Floor
Hayward, California 94541
Tel: (510) 583-4450
Fax: (510) 583-3660

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE LEWIS, et al. | Case No. C03 5360 (CW) |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' ACTION |
| CITY OF HAYWARD, et al., | |
| Defendants. | |

## STIPULATION

All parties hereby stipulate and agree by and through their respective counsel as follows:

That plaintiffs dismiss their entire action with prejudice;

///
///
///

Lewis, et al v. City of Hayward, et al.
Case No. C03 5360 (CW)

Stipulation and Order for Dismissal of Plaintiffs' Action

1

```
                                          LAW OFFICES OF JOHN L. BURRIS

 1
 2   Dated: 3-24-06              By:      [signature]
                                          JOHN L. BURRIS, Esq.
 3                                        Attorney for Plaintiffs
 4                                        OFFICES OF THE HAYWARD CITY ATTORNEY
 5
 6   Dated: 3/30/06              By:      /S/
                                          RANDOLPH S. HOM, Esq.
 7                                        Attorney for Defendants
 8
 9                                     ORDER
10
          PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
11
         4/27/06                          [signature]
12   Dated:_____
                                          THE HONORABLE CLAUDIA WILKEN
13                                        United States District Court Judge
```